UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN SMALLWOOD,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF VETERANS AFFAIRS, et al.,<br><br>    Defendants. | Case No. 1:24-cv-00141-JLT-CDB<br><br>ORDER ON STIPULATION CONTINUING SCHEDULING CONFERENCE<br><br>(Doc. 16) |

    Plaintiff Shawn Smallwood initiated this action with the filing of a complaint against Defendants on February 1, 2024, seeking declaratory and injunctive relief. The Court issued an order setting the mandatory scheduling conference on April 25, 2024. (Doc. 5).

    Pending before the Court is the parties' stipulated request to continue the scheduling conference. (Doc. 16). In their stipulation, the parties acknowledge their earlier stipulated agreement made pursuant to Local Rule 144(a), which set the deadline for Defendants Department of Veterans Affairs, Denis Richard McDonough, Michael D. Brennan, Ross A. Davidson, Eric C. Roberts, and Anntwinette Dupree-Hart (the "Federal Defendants") to respond to the complaint as April 19, 2024. (Doc. 15). The Parties aver that they require additional time to confer pursuant to Fed. R. Civ. P. 26(f) and prepare a joint scheduling report and request that the mandatory scheduling conference be continued for 30 days.

Accordingly, in light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED, the April 25, 2024, scheduling conference is continued to May 29, 2024, at 10:00 AM before Magistrate Judge Christopher D. Baker.  The parties shall refile a joint scheduling report at least one week prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **April 18, 2024**  _____
UNITED STATES MAGISTRATE JUDGE

2