UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN SMALLWOOD,<br><br>            Plaintiff,<br><br>     v.<br><br>DEPARTMENT OF VETERANS AFFAIRS, et al.,<br><br>            Defendants. | Case No. 1:24-cv-00141-JLT-CDB<br><br>ORDER ON STIPULATION EXTENDING DEADLINE FOR MICHAEL D. BRENNAN, ROSS A. DAVIDSON, DEPARTMENT OF VETERANS AFFAIRS, ANNTWINETE DUPREE-HART, DENIS RICHARD MCDONOUGH, AND ERIC C. ROBERTS TO FILE A REPLY BRIEF<br><br>(Doc. 25) |

Plaintiff Shawn Smallwood initiated this action with the filing of a complaint against Defendants on February 1, 2024, seeking declaratory and injunctive relief. The Court issued an order setting the mandatory scheduling conference on April 25, 2024. (Doc. 5). On April 19, 2024, pursuant to the parties' stipulated request, the Court continued the mandatory scheduling conference in this case to May 29, 2024. (Doc. 17).

On that same day, Defendants Michael D. Brennan, Ross A. Davidson, Department of Veterans Affairs, Anntwinette Dupree-Hart, Denis Richard McDonough, and Eric C. Roberts ("the Federal Defendants") filed a motion to dismiss. (Doc. 18). On May 3, 2024, Defendant SASD Development Group LLC ("SASD") filed a separate motion to dismiss. (Doc. 19). Plaintiff filed an opposition to the Federal Defendants' motion to dismiss on May 3, 2024. (Doc. 21).

On May 9, 2024, the Court entered an order vacating the mandatory scheduling conference and extending Plaintiff's deadline to file an opposition to SASD's motion to dismiss from May 17, 2024, to May 24, 2024. (Doc. 23). On May 10, 2024, the Court noticed the parties that the pending motions to dismiss will be decided on the papers. (Doc. 24).

Thereafter, the parties filed a stipulation for order extending by three days (until May 16, 2024) the deadline by which the Federal Defendants shall file a reply brief in support of their motion to dismiss. (Doc. 25).

Accordingly, considering the parties' representations and good cause appearing, the Court ORDERS that the Federal Defendants' deadline to file a reply brief is extended from May 13, 2024, to **May 16, 2024**.

IT IS SO ORDERED.

Dated:   **May 13, 2024**

UNITED STATES MAGISTRATE JUDGE