UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN SMALLWOOD,<br><br>            Plaintiff,<br><br>      v.<br><br>DEPARTMENT OF VETERANS AFFAIRS, *et al.*,<br><br>            Defendants. | Case No. 1:24-cv-00141-JLT-CDB<br><br>ORDER ON STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>(Doc. 39) |

Pending before the Court is the stipulated request of Plaintiff Shawn Smallwood and all Defendants,[1] filed August 22, 2025 (Doc. 39), to extend to September 12, 2025, the time for Defendants to respond to Plaintiff's first amended complaint (Doc. 36).

Good cause appearing, IT IS HEREBY ORDERED that Defendants shall file their responses to Plaintiff's first amended complaint no later than **September 12, 2025**.

IT IS SO ORDERED.

Dated:   **August 26, 2025**   _____

UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff substitutes Denis Richard McDonough, former Secretary of the Department of Veterans Affairs, with Douglas A. Collins, the current Secretary, pursuant to Fed. R. Civ. P. 25(d).  (Doc. 39 at 2 n.1; Doc. 36 at 8).