1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11    SHAWN SMALLWOOD,                    Case No. 1:24-cv-00141-JLT-CDB

12              Plaintiff,                ORDER ON STIPULATION TO CONTINUE
                                          INITIAL SCHEDULING CONFERENCE
13          v.
                                          (Doc. 47)
14    DEPARTMENT OF VETERANS
      AFFAIRS, *et al.*,
15
                Defendants.
16

17

18          Plaintiff Shawn Smallwood ("Plaintiff") initiated this action with the filing of a

19    complaint on February 1, 2024, against the Department of Veterans Affairs, SASD Development

20    Group, LLC, the Fish and Wildlife Service, and numerous individual Defendants.  (Doc. 2).

21    Plaintiff filed an amended complaint on August 14, 2025.  (Doc. 36).  Pending before the Court

22    is the parties' stipulated request to continue the initial scheduling conference from September

23    29, 2025, to October 14, 2025, or a date thereafter.  (Doc. 47).

24          In support of their request, the parties represent that, "[a]gency staff responsible for

25    preparing the administrative record for the Department of Veterans Affairs is unavailable until

26    the week of September 22, 2025.  Consequently, counsel for Federal Defendants require

27    additional time to confer with the federal agencies regarding preparation of their administrative

28    records, including but not limited to, the date by which the administrative records will be ready

1    for filing with the Court." *Id.* ¶ 6.  The parties state that the timing for filing of said records "is

2    a key deadline that will affect the remaining dates in any proposed schedule," as this case

3    involves the Administrative Procedure Act, 5 U.S.C. § 706.  *Id.*

4              **Conclusion and Order**

5              In light of the stipulation and good cause appearing, IT IS HEREBY ORDERED that the

6    scheduling conference set for September 29, 2025, is continued to **October 21, 2025, at 10:00**

7    **a.m.**  As previously directed (Docs. 5, 44), the parties shall file a joint scheduling report at least

8    one week prior to the conference.

9    IT IS SO ORDERED.

10     Dated:   **September 19, 2025**

11                                          UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28