UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN SMALLWOOD,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF VETERANS AFFAIRS, *et al.*,<br><br>        Defendants. | Case No. 1:24-cv-00141-JLT-CDB<br><br>ORDER ON STIPULATED REQUEST TO AMEND SCHEDULING ORDER<br><br>(Doc. 58) |

Pending before the Court is the parties' joint stipulated request to amend the scheduling order to extend the deadline to file motions for leave to amend pleadings from the operative deadline (February 9, 2026) to February 18, 2026.  (Doc. 58).

**Discussion**

In support, the parties represent that, after Plaintiff filed the first amended complaint, Plaintiff sent to Defendants the Department of Veterans Affairs ("VA") and the Fish and Wildlife Service ("FWS") a letter on November 14, 2025, requesting they reinitiate consultation pursuant to Section 7 of the Endangered Species Act ("ESA") and that the VA re-open its review of the subject clinic under the National Environmental Policy Act ("NEPA") by December 1, 2025.  Plaintiff's letter stated if they did not do so, then Plaintiff intended to initiate a citizen enforcement action under the ESA by providing the VA and FWS with a 60-day notice of intent pursuant to 16 U.S.C. § 1540(g)(1)(A) and (C).  On

1

December 19, 2025, Plaintiff sent the notice of intent. The 60-day notice period, therefore, runs on February 17, 2026, after the current amendment deadline of February 9, 2026. The parties seek to extend the deadline as an amended complaint alleging failure to reinitiate consultation would be premature prior to February 18, 2026. *Id.* at 2-3.

The parties attach the declaration of Brian B. Flynn, counsel for Plaintiff, setting forth the same and attaching the November 14, 2025, letter, with accompanying exhibits, and the December 19, 2025, notice of intent, with accompanying attachments. (Doc. 58-1).

For good cause shown, the parties' stipulated request to amend the scheduling order will be granted.

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED that the deadline to amend the pleadings (Doc. 56) is extended from February 9, 2026, to **February 18, 2026**.

IT IS SO ORDERED.

Dated:    **January 28, 2026**

UNITED STATES MAGISTRATE JUDGE

2