UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN SMALLWOOD, | Case No. 1:24-cv-00141-JLT-CDB |
| Plaintiff, | ORDER ON STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO AUGMENT |
| v. | |
| DEPARTMENT OF VETERANS AFFAIRS, *et al.*, | (Doc. 69) |
| Defendants. | ORDER RESETTING HEARING ON PLAINTIFF'S MOTION |

On January 31, 2024, Plaintiff Shawn Smallwood initiated this action with the filing of a complaint against the SASD Development Group, LLC, the United States Department of Veterans Affairs ("VA"), and VA employees in their official capacity. (Docs. 1, 2). Plaintiff filed the operative second amended complaint on February 20, 2026. (Doc. 63). On April 22, 2026, Plaintiff filed a motion to augment the administrative record and for leave to conduct discovery. (Doc. 68).

Pending before the Court is the parties' stipulated request to extend Defendants' deadline to respond to the motion to May 13, 2026. (Doc. 69). The undersigned finds that the parties' stipulated representations demonstrate good cause to grant the relief requested.

///

///

**Conclusion and Order**

In light of the stipulation and the representations therein, IT IS HEREBY ORDERED that:

1.    Defendants SHALL file their respective responses to Plaintiff's motion to augment the administrative record (Doc. 68) no later than May 13, 2026;

2.    Plaintiff SHALL file any reply no later than May 26, 2026; and

3.    The hearing on Plaintiff's motion to augment the administrative record (Doc. 68) is RESET for June 16, 2026, at 10:30 a.m. in Bakersfield (CDB) before Magistrate Judge Christopher D. Baker.

IT IS SO ORDERED.

Dated:    **April 29, 2026**    _____
                                                    UNITED STATES MAGISTRATE JUDGE